# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL HUBERT, individually and on behalf of all others similarly situated, | : | Civil Action No. 2:15-cv-01391-MRH |
| | : | |
| Plaintiff, | : | |
| | : | Oral Argument Requested |
| v. | : | |
| | : | This Document Relates |
| GENERAL NUTRITION CORPORATION, | : | All Actions |
| | : | |
| Defendant. | : | |
| | : | |
| (In re: GNC Picamilon/BMPEA Litigation) | : | |

## PLAINTIFFS' MOTION TO STRIKE
## DECLARATION OF STEPHEN CHERRY

Plaintiffs respectfully move this Court for an Order striking the Declaration of Stephen Cherry, Dkt. 49-1, attached to Defendant General Nutrition Corporation's Motion to Dismiss First Amended Consolidated Complaint.

In support of this motion Plaintiffs respectfully submit their Brief in Support of Plaintiffs' Motion to Strike Declaration of Stephen Cherry, filed concurrently with this notice.

Dated: June 24, 2016						Respectfully submitted,


							*/s/ Shanon J. Carson*
							Shanon J. Carson, Esquire (Pa. ID No. 85957)
							Arthur Stock, Esquire (Pa. ID No. 64336)
							**Berger & Montague, P.C.**
							1622 Locust Street
							Philadelphia, PA 19103
							Telephone: (215)875-4656
							Facsimile: (215) 875-4604
							scarson@bm.net
							astock@bm.net

							Gary E. Mason, Esquire
							Benjamin Branda, Esquire
							Jennifer S. Goldstein, Esquire
							**Whitfield Bryson & Mason, LLP**
							1625 Massachusetts Avenue, NW, Ste. 605
							Washington, DC 20036
							Telephone: (202) 429-2290
							Facsimile: (202) 429-2294
							gmason@wbmllp.com
							bbranda@wbmllp.com
							jgoldstein@wbmllp.com


							*Attorneys for Plaintiffs*

787796