# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL HUBERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL NUTRITION CORPORATION,<br><br>Defendant.<br><br>(In re: GNC Picamilon/BMPEA Litigation) | Civil Action No. 2:15-cv-01391-MRH<br><br>**DECLARATION OF AMY B. ALDERFER IN SUPPORT OF GENERAL NUTRITION CORPORATION'S MOTION TO DISMISS SECOND AMENDED CONSOLIDATED COMPLAINT**<br><br>This Document Relates to:<br>All Actions |

I, Amy B. Alderfer, declare as follows:

1. I am an attorney at law duly qualified and licensed to practice before all the courts of the State of California and admitted *pro hac vice* in this matter. I am a member with Cozen O'Connor, attorneys of record herein for Defendant General Nutrition Corporation ("GNC"). I have personal knowledge of the facts set forth herein, except where stated upon information and belief, and if called as a witness to testify, I could and would competently testify as to the truth of the same if requested to do so.

2. Attached as **Exhibit J** is a true and correct copy of the FDA webpage entitled "Export Certificates," which can be found at:

   https://www.fda.gov/RegulatoryInformation/Guidances/ucm125789.htm

3. Attached as **Exhibit K** is a true and correct copy of the FDA webpage entitled "Picamilon in Dietary Supplements," which can be found at:

www.fda.gov/food/dietarysupplements/productsingredients/ucm472881.htm.

4. Attached as **Exhibit L** is a true and correct copy of Chapter 4-1 of FDA Regulatory Practices Manual dated March 2017, which can be found on FDA's website at: http://www.fda.gov/downloads/ICECI/ComplianceManuals/RegulatoryProceduresManual/UCM074330.pdf.

5. Attached as **Exhibit M** is a true and correct copy of the FDA webpage "Letter of Guaranty," which can be found at: http://www.fda.gov/Food/IngredientsPackagingLabeling/PackagingFCS/Notifications/ucm095327.htm.

6. Attached as **Exhibit N** is a true and correct copy of the FDA webpage "New Dietary Ingredients in Dietary Supplements-Background for Industry," which can be found at https://www.fda.gov/Food/DietarySupplements/NewDietaryIngredientsNotificationProcess/ucm109764.htm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 20, 2017                    */s/ Amy B. Alderfer*

                                                Amy B. Alderfer