# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL HUBERT, individually and on behalf of all others similarly situated, | : | Civil Action No. 2:15-cv-01391-MRH |
| Plaintiff, | : | |
| v. | : | |
| GENERAL NUTRITION CORPORATION, | : | This Document Relates All Actions |
| Defendant. | : | |
| (In re: GNC Picamilon/BMPEA Litigation) | : | |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

Plaintiffs respectfully request an extension of time to file a responsive brief until November 10, 2017. Plaintiffs made a calendaring error and had believed the brief to be due on that date, until receiving notification from the Clerk of Court today. A proposed Order is attached.

Dated: November 8, 2017

Respectfully submitted,

*/s/ Arthur Stock*
Shanon J. Carson, Esquire (Pa. ID No. 85957)
Arthur Stock, Esquire (Pa. ID No. 64336)
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215)875-4656
Facsimile: (215) 875-4604
scarson@bm.net
astock@bm.net

Gary E. Mason, Esquire
Benjamin Branda, Esquire
**Whitfield Bryson & Mason, LLP**
5101 Wisconsin Avenue, NW, Ste. 305
Washington, DC 20016
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gmason@wbmllp.com
bbranda@wbmllp.com

*Co-Lead Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the CM/ECF participants on this 8th day of November 2017.

/s/ Arthur Stock
Shanon J. Carson (Pa. ID No. 85957)
Arthur Stock (Pa. ID No. 64336)
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215)875-4656
Facsimile: (215) 875-4604
scarson@bm.net
astock@bm.net