**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL HUBERT, individually and on behalf of all others similarly situated, | : : : | Civil Action No. 2:15-cv-01391-MRH |
| Plaintiff, | : : | Oral Argument Requested |
| v. | : : : | This Document Relates All Actions |
| GENERAL NUTRITION CORPORATION, | : : : | |
| Defendant. | : : | |
| (In re: GNC Picamilon/BMPEA Litigation) | : | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), all of the Plaintiffs, Daniel Hubert, Kyle Eager, Robert Brooks, Matthew Shane Smith, Mary Jo Cesario, Chris Lynch, Jeff Johnston, Martine Landuit-Vartanian, Dan Malecha, Joseph Lambert, Cory Toth, and Nate Piccone, dismiss the above-captioned action.

Dated:  December 11, 2018

*/s/ Shanon J. Carson*
Shanon J. Carson, Esquire (Pa. ID No. 85957)
Arthur Stock, Esquire (Pa. ID No. 64336)
**Berger Montague PC**
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
scarson@bm.net
astock@bm.net

Gary E. Mason, Esquire
Jennifer S. Goldstein, Esquire
**Whitfield Bryson & Mason LLP**
5101 Wisconsin Avenue NW, Suite 235
Washington, D.C. 20016
Telephone: (202) 429-2290
Facsimile:  (202) 429-2294
gmason@wbmllp.com
jgoldstein@wbmllp.com

*Co-Lead Counsel*

D. Aaron Rihn, Esquire
**Robert Peirce & Associates, P.C.**
707 Grant Street, Suite 2500
Pittsburgh, PA 15219-1918
Telephone:  (412) 281-7229
Facsimile:  (412) 281-4229
arihn@peircelaw.com

Gregory F. Coleman, Esquire
Mark E. Silvey, Esquire
Lisa A. White, Esquire
**Greg Coleman Law, P.C.**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile:  (865) 522-0049
greg@gregcoleman.law
mark@gregcolemanlaw.com
lisa@gregcolemanlaw.com

Carl Malmstrom, Esquire
**Wolf Haldenstein Adler Freeman & Herz LLP**
One South Dearborn St., Suite 2122
Chicago, IL  60603
Telephone:  (312) 984-0000
Facsimile:  (312) 212-4401
malmstrom@whafh.com

Gerald L. Rutledge, Esquire
**Law Offices of Alfred G. Yates, Jr.**
429 Forbes Avenue
519 Allegheny Building
Pittsburgh, PA  15234
(412) 391-5164
glr1@aol.com

Janine Pollack, Esquire
Michael Liskow, Esquire
**The Sultzer Law Group P.C.**
351 West 54th Street, Suite 1C
New York, NY  10019
Telephone: (212) 969-7810
Facsimile:  (888) 749-7747
pollack@thesultzerlawgroup.com
liskow@thesultzerlawgroup.com

Charles E. Schaffer, Esquire
**Levin Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, PA  19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cshaffer@lfsblaw.com

Robert K. Shelquist, Esquire
**Lockridge Grindal Nauen P.L.L.P.**
100 Washington  Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981
rkshelquist@locklaw.com

Jonathan Shub, Esquire
**Kohn, Swift & Graf, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA  19107
Telephone:  (215) 238-1700
Facsimile:  (215) 238-1968
jshub@kohnswift.com

Nick Suciu, III, Esquire
**Barbat Mansour Suciu & Tomina PLLC**
1644 Bracken Road
Bloomfield Hills, MI  48302
Telephone:  (313) 303-3472
nicksuciu@bmslawyers.com

Eric H. Gibbs, Esquire
Andre M. Mura, Esquire
**Gibbs Law Group LLP**
1 Kaiser Plaza, Suite 1125
Oakland, CA  94612
Telephone:  (510) 350-9700
Facsimile:  (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com

John Yanchunis, Esquire
Marcia Valladares, Esquire
Patrick A. Barthle II, Esquire
Rachel L. Soffin, Esquire
**Morgan & Morgan**
Complex Litigation Group
201 North Franklin Street, 7th Floor
Tampa, Florida  33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
jyanchunis@forthepeople.com
mvalladares@forthepeople.com
pbarthle@forthepeople.com
rsoffin@forthepeople.com

*Attorneys for Plaintiffs*